(No. 75-CC-0263– )

ALFRED MOORE, Claimant, *v*. THE STATE OF ILLINOIS, Respondent.

*Order filed October 26, 1979.*

PER CURIAM.

The Court having read the arguments of counsel and the report of the Commissioner and being fully advised in the premises, finds as follows:

1. That the Claimant was unjustly incarcerated in a State penal institution for a total of 28½ months.

2. That the Claimant was pardoned by the Governor of Illinois on grounds of innocence.

It is therefore ordered, adjudged and decreed as follows:

1. That the Claimant be awarded the amount of $5,700.00 based on $200.00 per month for each month of incarceration.

2. That the attorney for the Claimant is allowed $1,000.00 as and for attorney's fees, to be paid by Claimant from said award.